UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Federal Home Loan Mortgage Corporation, as
Trustee for the benefit of the Freddie Mac Seasoned Credit Risk
Transfer Trust, Series 2021-3

In Re:
David W. Oswald

                    Debtor(s).

Case No: 25-17139 SLM

Chapter: 13

Judge: Stacey L. Meisel

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an
appearance in this case on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit
of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3.  Request is made that the
documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 07/09/2025

/s/ *Matthew Fissel*
Matthew Fissel
09 Jul 2025, 15:21:54, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 6c2b6a57dae62e74defe8e870393783e533cb089f82a67553b33da2ce5a8f324