| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3* | |
| In Re:<br><br>**David W. Oswald,**<br><br>        Debtor(s). | Case No.: 25-17139-SLM<br><br>Chapter: 13<br><br>Judge:  Stacey L. Meisel |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    Padgett Law Group
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

                            By:*/s/ Joshua I. Goldman*

Dated: July 11, 2025

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** |
| **PADGETT LAW GROUP** <br> Joshua I. Goldman, Esq. <br> 6267 Old Water Oak Road, Suite 203 <br> Tallahassee, FL 32312 <br> (850) 422-2520 (telephone) <br> (850) 422-2567 (facsimile) <br> Josh.Goldman@padgettlawgroup.com <br> *Attorneys for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3* |
| In Re: <br><br> **David W. Oswald,** <br><br> Debtor(s). |

Case No.: 25-17139-SLM

Chapter: 13

Judge:  Stacey L. Meisel

## CERTIFICATION OF SERVICE

1. I, Kelly DeSousa:
   ☐  represent _____ in the above-captioned matter.

   ☑  am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.

   ☐  am the _____ in the above case and am representing myself.
1. On July 11, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                       */s/* Kelly DeSousa

Dated:  July 11, 2025                                                             Kelly DeSousa

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **David W. Oswald**<br>97 West Dewey Avenue<br>Wharton, NJ 07885 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Andrew Thomas Archer**<br>Brenner Spiller & Archer<br>125 Route 73 North<br>West Berlin, NJ 08091 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Marie-Ann Greenberg**<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.