| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3* | Order Filed on September 8, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**David W. Oswald**,<br><br>Debtor(s). | Case No.: 25-17139-SLM<br>Chapter 13<br>Judge: Stacey L. Meisel |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 8, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: David W. Oswald
Case No.: 25-17139-SLM
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Padgett Law Group, Attorney for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3, appearing and for cause shown, it is

ORDERED as follows:

1. The objection to confirmation filed on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3, is hereby resolved upon the condition that debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3, in the amount of $21,692.11, as will be set forth in their Proof of Claim filed on, or before, the bar date of September 15, 2025.

2. Debtor agrees to tender the post-petition mortgage payments directly to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3, in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

4. Debtor does not waive the right to object to the Proof of Claim.